ROBERT YONOWITZ, SBN 132081
ryonowitz@fisherphillips.com
JOHN A. MAVROS, SBN 257673
jmavros@fisherphillips.com
KRISTINA NOEL BUAN, SBN 311661
kbuan@fisherphillips.com
FISHER & PHILLIPS LLP
2050 Main Street, Suite 1000
Irvine, California 92614
Telephone (949) 851-2424
Facsimile (949) 851-0152

Attorneys for Defendants TRUGREEN, INC.
and TRUGREEN LIMITED PARTNERSHIP

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| ADAM LOERA and MIGUEL DIAZ, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRUGREEN, INC., a Delaware corporation; TRUGREEN LIMITED PARTNERSHIP, a Delaware limited partnership; and DOES 1 through 100, inclusive;<br><br>Defendants. | CASE NO.:  2:21-cv-01536-MCE-KJN<br><br>**ORDER ON JOINT STIPULATION FOR TEMPORARY STAY PENDING MEDIATION**<br><br>*[Filed concurrently with Joint Stipulation]*<br><br>Complaint Filed:  July 19, 2021<br>Trial Date:  None |

     For good cause shown, the Court grants the Parties' joint request for a temporary stay of all proceedings, including discovery and motion practice, to March 28, 2022, so the Parties can focus their efforts and resources in attempting to resolve this matter through mediation. The hearing for Plaintiffs' Motion to Remand (ECF No. 6) is continued to April 28, 2022. All corresponding deadlines for Plaintiffs' Motion to Remand shall coincide with the new hearing date of April 28, 2022. This case will be deemed to have been opened for purposes of this Court's Initial Scheduling Order (ECF No. 3) on the date the stay is dissolved. The Parties shall meet and confer as required by Federal Rule of Civil Procedure 26(f) within 30 days of the date the stay is dissolved and non-expert discovery shall be completed by the Parties by March 28, 2023. The Parties will file a Joint Statement with the Court on the status of the case following mediation by March 28, 2022.

     IT IS SO ORDERED.

DATED: November 1, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE