ROBERT YONOWITZ, SBN 132081
ryonowitz@fisherphillips.com
JOHN A. MAVROS, SBN 257673
jmavros@fisherphillips.com
MIMI T. NGUYEN, SBN 330650
mnguyen@fisherphillips.com
FISHER & PHILLIPS LLP
2050 Main Street, Suite 1000
Irvine, California 92614
Telephone (949) 851-2424
Facsimile (949) 851-0152

Attorneys for Defendants TRUGREEN, INC. and TRUGREEN LIMITED PARTNERSHIP

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| ADAM LOERA and MIGUEL DIAZ, individually, and on behalf of other members of the general public similarly situated,<br><br>             Plaintiffs,<br><br>     v.<br><br>TRUGREEN, INC., a Delaware corporation; TRUGREEN LIMITED PARTNERSHIP, a Delaware limited partnership; and DOES 1 through 100, inclusive;<br><br>             Defendants. | CASE NO.:  2:21-cv-01536-MCE-KJN<br><br>**ORDER ON JOINT STIPULATION FOR TEMPORARY STAY PENDING MEDIATION**<br><br>*[Filed concurrently with Joint Stipulation]*<br><br><br>Complaint Filed:  July 19, 2021<br>Trial Date:  None |

1

For good cause shown, the Court grants the Parties' joint request for a temporary stay of all proceedings, including discovery and motion practice, and accordingly stays all proceedings until June 11, 2022, so the Parties can focus their efforts and resources in attempting to resolve this matter through mediation.

The Parties shall meet and confer as required by Federal Rule of Civil Procedure 26(f) within 30 days of the date the stay is dissolved and non-expert discovery shall be completed by the Parties by June 11, 2022, with the remaining deadlines as originally established by the Court's Initial Scheduling Order (ECF No. 3) to be calculated accordingly. The Parties will file a Joint Statement with the Court on the status of the case following mediation by June 11, 2022.

Given the stay, Plaintiff's Motion to Remand, ECF No. 6, presently set for hearing on January 27, 2022, is hereby DENIED, without prejudice to being refiled and renoticed as necessary once mediation efforts have concluded.

IT IS SO ORDERED.

Dated: January 3, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE