UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM LOERA and MIGUEL DIAZ, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRUGREEN, INC., a Delaware corporation; TRUGREEN LIMITED PARTNERSHIP, a Delaware limited partnership; and DOES 1 through 100, inclusive,<br><br>Defendants. | No. 2:21-cv-01536-MCE-KJN<br><br>**ORDER CONSOLIDATING AND STAYING CASES** |
| SUDIPA BISTA and RICK ZURLO, individually, and on behalf of aggrieved employees pursuant to the Private Attorneys General Act ("PAGA"),<br><br>Plaintiffs,<br><br>v.<br><br>TRUGREEN, INC., a Delaware corporation; TRUGREEN LIMITED PARTNERSHIP, a Delaware limited partnership; and DOES 1 through 100, inclusive,<br><br>Defendants. | No. 2:21-cv-02339-MCE-KJN<br><br>**ORDER CONSOLIDATING AND STAYING CASES** |

Based upon the stipulation of the parties and good cause shown, the Court orders as follows:

1. The following two matters filed in United States District Court, Eastern District of California shall be **CONSOLIDATED FOR ALL PURPOSES** before Judge Morrison C. England, Jr:

    (a) <u>Bista et al. v. Trugreen, Inc. et al</u>., Case No.: 2:21-CV-02339-MCE-KJN; and

    (b) <u>Loera et al. v. Trugreen, Inc. et al</u>., Case No.: 2:21-CV-01536-MCE-KJN;

2. The new case number for all filings will be 2:21-CV-01536-MCE-KJN.  The parties are directed to file all future pleadings, motions and other filings ONLY in Case No.2:21-cv-01536 MCE KJN.

3. A temporary stay of all proceedings, including discovery and motion practice, matters until July 15, 2022;

4. The Parties shall meet and confer as required by Federal Rule of Civil Procedure 26(f) within thirty (30) days of the date the stay is dissolved;

5. The Parties will file a Joint Statement with the Court on the status of the case following mediation on or before June 30, 2022.

6. The Clerk of the Court is directed to administratively close case 2:21-cv-2339 MCE KJN.

IT IS SO ORDERED.

Dated:  May 17, 2022

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE