1 | DOUGLAS HAN (State Bar No. 232858)
2 | SHUNT TATAVOS-GHARAJEH (State Bar No. 272164)
  | TALIA LUX (State Bar No. 336074)
3 | **JUSTICE LAW CORPORATION**
  | 751 North Fair Oaks Ave., Suite 101
4 | Pasadena, CA 91103
  | Telephone: (818) 230-7502
5 | Facsimile: (818) 230-7259
6 | *Attorneys for* Plaintiffs

7 | ROBERT YONOWITZ (State Bar No. 132081)
  | JOHN A. MAVROS (State Bar No. 257673)
8 | KRISTINA NOEL A. BUAN (State Bar No. 311661)
9 | **FISHER & PHILLIPS LLP**
  | 2050 Main Street, Suite 1000
10 | Irvine, CA 92614
   | Telephone: (949) 851-2424
11 | Facsimile: (949) 851-0152
12 | *Attorneys for* Defendants

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM LOERA and MIGUEL DIAZ, individually, and on behalf of other members of the general public similarly situated; <br><br> Plaintiffs, <br> v. <br><br> TRUGREEN, INC., a Delaware corporation; TRUGREEN LIMITED PARTNERSHIP, a Delaware limited partnership; and DOES 1 through 100, inclusive, <br><br> Defendants. <br><br>───────────────────────<br> SUDIPA BISTA and RICK ZURLO, individually, and on behalf of aggrieved employees pursuant to the Private Attorneys General Act ("PAGA"); <br><br> Plaintiffs, <br> v. <br><br> TRUGREEN, INC., a Delaware corporation; TRUGREEN LIMITED PARTNERSHIP, a Delaware limited partnership; and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No.: 2:21-CV-01536-MCE-KJN <br><br> Consolidated with: <br> Case No. 2:21-CV-02339-MCE-KJN <br><br> Assigned to: <br> Honorable Morrison C. England, Jr. <br> Courtroom 7 <br><br> **JOINT STIPULATION AND ORDER GRANTING DISMISSAL OF ACTION** <br><br><br> Loera Complaint Filed: July 19, 2021 <br> Removal Filed:     August 26, 2021 <br> Trial Date:        None Set <br><br> Bista Complaint Filed: October 21, 2021 <br> Removal Filed:     December 17, 2021 <br> Trial Date:        None Set |

**JOINT STIPULATION AND ORDER GRANTING
DISMISSAL OF ACTION**

1 | Plaintiffs Adam Loera, Miguel Diaz, Sudipa Bista and Rick Zurlo (collectively, "Plaintiffs"), individually, on behalf of other members of the general public similarly situated, and on behalf of aggrieved employees pursuant to the Private Attorneys General Act ("PAGA"), and Defendants TruGreen, Inc. and TruGreen Limited Partnership ("Defendants"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on May 31, 2022, the Parties attended mediation in this matter in an attempt to settle the matter;

WHEREAS, in line with the Parties' agreement to enter into a settlement, Plaintiffs intend to voluntarily dismiss this action without prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii);

WHEREAS, counsel for Plaintiffs and Defendant have met and conferred regarding the dismissal of this action, and as a result, counsel for Defendant has agreed to stipulate to the dismissal of the action;

IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES HERETO, THROUGH THEIR RESPECTIVE COUNSEL, AS FOLLOWS:  Plaintiffs may voluntarily dismiss this action.

Dated: June 23, 2022                    **FISHER & PHILLIPS LLP**


By: /s/ Kristina Noel A. Buan

    ROBERT YONOWITZ
    JOHN A. MAVROS
    KRISTINA NOEL A. BUAN
    *Attorneys for* Defendants


Dated: June 23, 2022                    **JUSTICE LAW CORPORATION**


By: /s/ Talia Lux

    DOUGLAS HAN
    SHUNT TATAVOS-GHARAJEH
    TALIA LUX
    *Attorneys for* Plaintiffs

**ORDER**

Pursuant to the above Stipulation and good cause appearing, the Court hereby GRANTS Plaintiffs' voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

**Dated:  June 30, 2022**

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE